WILLIAM FARRELL, Respondent, v. CLARENCE K. REYNOLDS and Others, Appellants, Impleaded with Others, Defendants.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MYRTLE H. MASSON, Respondent, v. CLEMENT B. MASSON, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of $250 per month, and counsel fee to the sum of $750, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of CELIA FRUMAN, Respondent, against JACOB J. LESSER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS F. ROTHSCHILD and Others, Respondents, v. HARRY H. REIN, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of 108–108½ BOWERY HOLDING CORPORATION and Others, Petitioners, Respondents, for a Final Order under Article 78 of the Civil Practice Act, against SIDNEY COHEN, Appellant. In the Matter of ONE SEVENTY ONE REALTY CORPORATION and Others, Petitioners, Respondents, against SIDNEY COHEN, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN J. MORAN, Appellant, for a Prohibitive Order against WILLIAM WILSON, Individually and as Commissioner of Housing and Buildings of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of HAROLD A. CUNNINGHAM and Others, Petitioners, Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act, against PAUL J. KERN and Others, as Members of the Municipal Civil Service Commission, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILSON DISTILLING COMPANY, INC., Appellant, v. SCHMUCKLER'S WINE AND LIQUOR STORE, INC., Respondent.— Order unanimously reversed, without costs, and the question whether the plaintiff has violated the injunction granted herein on the 5th day of March, 1938, referred to Hon. Richard P. Lydon, official referee, to hear and report his findings thereon to Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PHILIP BERKOWITZ, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Determination appealed from and order of the Municipal Court unanimously reversed, with twenty dollars costs and disbursements to the appellant in this court and ten dollars costs in the Appellate Term, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.